# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 23-10671 |
| Andromeda T. Pearson | Chapter 13 |
| Debtor. | Judge Donald R. Cassling |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON AUGUST 15, 2023

**NOW COMES** U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on August 15, 2023 and in support thereof states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on August 15, 2023 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Creditor intends to file a claim secured by an interest in the real property located 12674 Preacher Powell Road, Carriere, MS 39426.

3. That although Creditor intends to file a proof of claim indicating an estimated pre-petition arrearage in the amount of $35,080.03 and secured total of $235,698.93, the proposed plan improperly crams down the first mortgage held by the Creditor on the real property to a claim amount of $75,000.00.

4. That sufficient grounds exist for denial of confirmation as Debtor's plan:

    a. Improperly crams down the first mortgage.

5. Creditor has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

    $550.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE**, Creditor prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated: September 26, 2023

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor