# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: ANDROMEDA T PEARSON | ) | Case No. 23 B 10671 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for November 30, 2023 10:00 am, for the following:

Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1). Missing 2019 and 2022 tax returns.

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. Sections 521(a)(1)(B)(i). Debtor to amend schedule I to list business address; provide proof of income and amend statement of financial affairs complete part 1.

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Part #2.3 uncheck 1st box and check 3rd box for trustee preferred tax language and Part #5.1 also check 3rd box.

The plan fails to satisfy the liquidation analysis of 1325(a)(4) and the disposable income requirement of 1325(b), both of which require 100% repayment to general unsecured creditors.

The plan is not sufficiently funded to pay all claims for which it provides as well as any required distribution to allowed general unsecured claims as required by 11 U.S.C. § 1325(a)(1). While the plan is proposed at 60 months, the Trustee estimates that, at the current proposed monthly payment, the plan would take 70 months to complete; doesn't provide for treatment of student loan.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: November 17, 2023                                                                 /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ANDROMEDA T PEARSON | ) | Case No. 23 B 10671 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

SCHNEIDER & STONE                                              (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                          (via CM/ECF)
United States Trustee

ANDROMEDA T PEARSON                                     (via U.S. Postal Service)
1569 HARDING RD
NORTHFIELD, IL 60093
*Debtor*


Dated: November 17, 2023                                         /s/ Emily Baez
                                                                                    _____

Emily Baez
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900