# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 23-10671 |
| Andromeda T. Pearson | Chapter 13 |
| Debtor. | Hon. Judge Donald R Cassling |

## NOTICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST TO DISMISS CASE AND FOR ORDER BARRING DEBTOR FROM REFILING FOR 180 DAYS

**VIA ELECTRONIC NOTICE:**

Thomas H. Hooper, Trustee, thomas.h.hooper@chicagoch13.com

Patrick S Layng, Office of the U.S. Trustee, USTPRegion11.ES.ECF@usdoj.gov

Ben L Schneider, Counsel for Debtor, ben@windycitylawgroup.com

**VIA U.S. MAIL:**

Andromeda T. Pearson
1569 Harding Rd.
Northfield, IL 60093

See attached service list (Mailing Matrix)

Please take notice that on April 04, 2024 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Donald R Cassling, or any judge sitting in that judge's place, either in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL, or electronically as described below, and present the attached ***Motion of U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust to Dismiss Case and for 180 Day Bar to Debtor Refiling,*** which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone:

**To appear by video,** use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 414 7941** and the password is **619**.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: March 26, 2024                    Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on March 26, 2024, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-10671<br>Northern District of Illinois<br>Eastern Division<br>Tue Mar 26 14:42:11 CDT 2024 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Jon J Lieberman<br>Sottile and Barile<br>394 Wards Corner Road<br>Loveland, OH 45140-8339 |
| Andromeda T. Pearson<br>1569 Harding Rd.<br>Northfield, IL 60093-3502 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | Ben L Schneider<br>Schneider & Stone<br>8424 Skokie Blvd.<br>Suite 200<br>Skokie, IL 60077-2568 |
| Molly S Simons<br>Sottile Barile, LLC<br>394 Wards Corner Road<br>Suite 180<br>Loveland, OH 45140-8362 | Dylan Dean Smith<br>Sottile & Barile, LLC<br>394 Wards Corner Road<br>Ste 180<br>Loveland, OH 45140-8362 | U.S. Bank Trust National Association as Trus<br>of the Tiki Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 |
| U.S. Department of Education<br>PO BOX 16448<br>St. Paul, MN<br>55116-0448 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SN Servicing Corporation
323 Fifth St.
Eureka, CA 95501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust National Association as Tr | (du)U.S. Bank Trust National Association as T | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     2<br>Total                  14 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 23-10671 |
| Andromeda T. Pearson | Chapter 13 |
| Debtor. | Hon. Judge Donald R Cassling |

**MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST TO DISMISS CASE AND FOR ORDER BARRING DEBTOR FROM REFILING FOR 180 DAYS**

Now comes U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust, and/ or its assigns (hereinafter "Movant") a secured creditor herein, by its attorneys, Jon J. Lieberman and the law firm of Sottile & Barile, LLC, and respectfully requests this Court dismiss this case pursuant to 11 U.S.C. §1307(c)(1) and for an Order barring the Debtor from refiling a subsequent bankruptcy case for 180 Days, pursuant to 11 U.S.C. §105(a). In support of this motion, the Movant states:

1. On August 15, 2023, Andromeda T. Pearson ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code

2. On July 13, 2006, Keith Pearson did execute a certain Note in the amount of $85,000.00 (Exhibit A), secured by a Mortgage on the property located at 12674 Preacher Powell Road, Carriere, MS 39426 ("Property") (Exhibit B). On January 06, 2021, Keith Pearson entered into a Loan Modification Agreement effective January 01, 2021 (Exhibit C). The Debtor, Andromeda T. Pearson is the alleged heir of the Property.

3.       The Debtor's Chapter 13 Plan, which was filed on August 15, 2023, proposes to cram down the first mortgage held by the Movant on the Property to the value of the Property. The Debtor lists the value of the property as $75,000.00.

4.       Absolutely no mortgage payments have been made by the Debtor since this Bankruptcy was filed. The Debtor is post-petition due for the September 01, 2023 payment and all amounts coming due since that date. As of the date of the service of this pleading, the post-petition default in regular payments is $6,733.09, which consists of seven monthly payments from September 01, 2023 through and including March 01, 2024, in the amount of $961.87 each.  In addition, Movant has made post-petition advances for: Forced Place Insurance: $152.10 (12/1/2023); Forced Place Insurance: $912.02 (11/1/2023); and County Taxes, $689.23 - (1/10/2024)

5.       As of the date of the service of this pleading, the estimated payoff is $242,920.97.

6.       According to 11 U.S.C. §1307(c)(1), "[O]n request of a party in interest or the United States Trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including … unreasonable delay by the debtor that is prejudicial to creditors."

7.       According to 11 U.S.C. §105(a), "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process."

The provisions of 11 U.S.C. § 105 allow for the court to expand upon the time period for precluding another bankruptcy filing. See United States v. Boulware, 604 F.3d 832 (4th Cir. 2010) (Criminal prosecution – 16 prior cases); Cusano v. Klein (In re Cusano), 431 B.R. 726 (B.A.P. 6th Cir. 2010) (2 year prohibition for 3 filings and evidence of bad faith); and Gonzalez-Ruiz v. Doral Fin. Corp. (In re Gonzalez-Ruiz), 341 B.R. 371 (B.A.P. 1st Cir. 2006.) (1 year ban for 4 cases and bad faith).

8.  Debtor previously filed Chapter 13 bankruptcy case, case number 22-08206, on 07/22/2022. Less than two months later, the case converted to a Chapter 7 on 09/01/2022 after the Trustee filed a Motion to Dismiss the Chapter 13. Movant then filed its Motion for Relief from Stay as to 12674 Preacher Powell Road, Carriere, MS 39426, and the Motion was granted on 10/11/2022.

9.  The Debtor has intentionally caused unreasonable delay that is prejudicial to Movant by knowingly providing the Court with a proposed valuation of the Property of $75,000.00 that is incorrect and false. Specifically, Movant has learned that, on 11/16/2023, Debtor obtained an insurance policy on the Property for which the Debtor asserted a value of the Property at $226,000.00. The relevant insurance documents are attached hereto and incorporated herein as Exhibit "D." The insurance policy subsequently cancelled effective 1/8/2024. Despite the Debtor's valuation of $226,000.00, the Debtor continues to propose a valuation of only $75,000.00 for the Property in her Plan.

10. The Debtor's past behavior exhibits an intent to continually file petitions, clearly to further frustrate her creditors, with the inability to maintain a successful Chapter 13 Plan.

11. The abuse being perpetrated upon Movant, other creditors, the Chapter 13 Trustee and this Court must end. Movant believes a bar to refiling for 180 days would serve to

send this message to the Debtor while allowing her the ability to seek bankruptcy protection in the future should she need to do so.

12. Creditor requests that its Motion to Dismiss with Request for 180 Days Bar to Re-filing be heard prior to the dismissal of this case for any other reason.

**WHEREFORE**, Movant respectfully requests that this Court grant the following relief:

A. That this Honorable Court enter an Order, as attached hereto, dismissing the current case and imposing upon the Debtor a 180 day bar to refiling another bankruptcy case; and

B. For such other further and different relief as this Court deems just and proper under these circumstances.

Dated: March 26, 2024　　　　　　　　　　Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant